IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                                                          Civil Action Number **3:05cv778-HTW-JCS**

6.48 ACRES, MORE OR LESS, IN                                                        DEFENDANTS
    MADISON COUNTY, MISSISSIPPI,
ANNIE S. GRIFFIN,
JUANITA WHITE GRIFFIN,
SYLVESTER WHITE,
THE HEIRS OF ROY ACUFF WHITE,
THE MADISON COUNTY, MISSISSIPPI, TAX ASSESSOR,
and
ANY UNKNOWN OWNERS OR CLAIMANTS

**AGREED JUDGMENT AS TO JUST COMPENSATION
FOR LEJULIA DOROTHY WHITE**

       The Court, having received the Stipulation of the United States of America and Lejulia Dorothy White, a minor, by and through Eleanor E. White, her mother and legal guardian, and good cause appearing therefore, hereby enters its judgment by ordering as follows:

       1. The estate acquired in the subject property, as more particularly described in the Complaint and Declaration of Taking filed in this action, is fee simple, which the Court finds to be vested in the United States of America.

       2. The full just compensation payable by the United States of America for the taking of said property shall be $14,275.00, inclusive of interest; and the United States of America has previously deposited in the registry of the court estimated just compensation in the amount of $14,275.00.

       3. The said sum of $14,275.00 shall be full satisfaction of any and all claims of whatsoever nature against the United States of America by reason of the institution and prosecution of this action and the taking of said land.

4.  The said just compensation shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the land at the time of vesting of title thereto in the United States of America and all such liens, encumbrances and charges of whatsoever nature shall be payable and deductible from said sum.

5.  The un-named defendant, Lejulia Dorothy White, warrants that, as one of the five heirs of her father, Roy Acuff White, who died intestate, she has the exclusive right to one-fifth of the 14.58333% interest that her father, Roy Acuff White, owned in the subject property at the time of his death, and is thus entitled to compensation in the amount of one-fifth of $2,081.77, resulting in a final payment of $416.35 to Eleanor E. White, mother and legal guardian of Lejulia Dorothy White, a minor, for and on behalf of Lejulia Dorothy White.

6.  That upon further order of this Court, the Clerk shall draw a check payable to Eleanor E. White, mother and legal guardian of Lejulia Dorothy White, a minor, in the amount of $416.35, and mail said check to her at this address: Eleanor E. White, 1702 Sulphur Springs Road, Camden, MS 39045-9643.

ORDERED this 30th day of September 2008.

**s/ HENRY T. WINGATE**
UNITED STATES DISTRICT JUDGE

Consented to:

UNITED STATES OF AMERICA
DUNN LAMPTON
United States Attorney


  s/ Al Jernigan
by ALFRED B. JERNIGAN, JR.
Assistant United States Attorney


  s/ Eleanor E. White for Lejulia D. White
Lejulia Dorothy White, owner of a 2.91666% interest in the property
          by and through Eleanor E. White, her mother and legal guardian