IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                      Civil Action Number **3:05cv778-HTW-JCS**

6.48 ACRES, MORE OR LESS, IN                                      DEFENDANTS
    MADISON COUNTY, MISSISSIPPI,
ANNIE S. GRIFFIN,
JUANITA WHITE GRIFFIN,
SYLVESTER WHITE,
THE HEIRS OF ROY ACUFF WHITE,
THE MADISON COUNTY, MISSISSIPPI, TAX ASSESSOR,
and
ANY UNKNOWN OWNERS OR CLAIMANTS

## **FINAL JUDGMENT OF CONDEMNATION**

The Court, having been informed that all prior owners of the property have now been paid for their interests and, by virtue of the United States of America filing the Complaint in Condemnation and the Declaration of Taking, and the simultaneous payment into the Registry of the Court the sum of $14,275.00, adjudicated to be full compensation for the fee simple title to the property, on December 21, 2005, title to the following described tract fully vested to the United States of America:

> All that tract or parcel of land lying in and being a part of the southwest ¼, Section 2, Township 10 North, Range 5 East, and being more particularly described as follows:
>
> Beginning at the Southwest Corner of Section 2, being a common corner of Section 3, 10 and 11, and marked by a section post (fence corner); proceeding thence North 00°11' East for a distance of 558.25 feet to an iron pin set on the South right-of-way line of a public road having a 50 foot right-of-way; thence in an Easterly direction along the South right-of-way line of said public road South 82°55, East for a distance of 93.06 feet to a point; thence along a curve to the right having a radius of 415.46 feet, an arc of 75.29 feet, and a chord bearing of South 77°43' East and a length of 75.19 feet to a point; thence South 72°32' East for a distance of 429.20 feet to an iron pin on the Southern right-of-way line of aforesaid public road; thence South 00°17' West for a distance of 405.11 feet to an iron pin set on the South line of Section 2; thence Westerly along said

South line of Section 2, a common line with Section 11, North 89°41, West for a distance of 574.93 feet to a post and the POINT OF BEGINNING. Said property contains 6.48 acres, more or less.

Together with and subject to existing easement for public roads and highways, public utilities, railroads and pipelines.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that on the 21st day of December, 2005, the fee simple title to the tract described above vested in the United States of America free and clear, and such act or occurrence discharged of all claims and liens of every kind whatsoever, excepting and reserving existing easements for public roads and highways, public utilities, railroads, and pipelines.

IT IS FURTHER ORDERED AND ADJUDGED that all prior owners of the tract have been paid full and just compensation for their interests.

SO ORDERED, this the 20th day of February, 2009.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

Civil Action Number **3:05cv778-HTW-JCS**
Final Judgment of Condemnation